**WO**  SVK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leon Dews, a/k/a, Clarence Leon Dews, ) | No. CV 07-1003-PHX-SMM (DKD) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| State of Arizona, et al., ) | |
| Respondents. ) | |

Petitioner Leon Dews, confined in the California State Prison in Wasco, California, filed a *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 ("Petition"). Petitioner alleged that he was challenging a judgment of conviction entered in Maricopa County Superior Court, CR 2005-132086-001 DT. On June 7, 2007, the Court granted Petitioner's Application to Proceed *In Forma Pauperis* and dismissed the Petition with leave to amend because it was not filed on the court-approved form and it failed to name Petitioner's custodian as a respondent (Doc. #3). On June 25, 2007, Petitioner filed an Amended Petition (Doc. #8).

It now appears that Defendant was not convicted on the Maricopa County charges. The Maricopa County Superior Court docket shows that the charges were dismissed without prejudice on or about August 21, 2006 (Superior Court of Arizona, Maricopa County, docket

CR 2005-132086-001, *available at* http://www.superiorcourt.maricopa.gov/). This fact was confirmed by this Court in a telephonic hearing with Petitioner held on June 29, 2007.

Because Petitioner was not convicted on these charges, he is not in custody pursuant to a judgment of conviction in CR 2005-132086, and habeas relief is not available. The Court will dismiss the Amended Petition without prejudice and direct the Clerk of Court to enter a judgment of dismissal in this case. Accordingly,

**IT IS ORDERED** that the Amended Petition for Writ of Habeas Corpus (Doc. #8) is **dismissed without prejudice**, and the Clerk of Court is directed to enter a judgment of dismissal in this matter.

DATED this 9th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge