**WO** SVK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leon Dews, a/k/a, Clarence Leon Dews, ) | No. CV 07-1003-PHX-SMM (DKD) |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| State of Arizona, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

    This case was closed and a Judgment of dismissal without prejudice entered on July 9, 2007 (Doc. #11). On July 11, 2007, Petitioner filed a "Motion for *In Forma Pauperis* Considerations" in which he asks for release and to appear before the Court in person to argue his case. Because the case has been closed, Petitioner's Motion is denied as moot.

    **IT IS ORDERED** that Petitioner's "Motion for *In Forma Pauperis* Considerations" (Doc. #12) is **denied as moot.**

    DATED this 16th day of August, 2007.

Stephen M. McNamee
United States District Judge